```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06746
    PATRICIA E PERKINS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6801

-----------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 04/13/2007 and was confirmed 08/30/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors    5.00%.

      The case was converted to chapter 7 after confirmation 04/28/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00            .00             .00
COUNTRYWIDE HOME LOANS     UNSECURED        NOT FILED            .00             .00
HARRIS BANK                CURRENT MORTG          .00            .00             .00
HARRIS BANK                UNSECURED        NOT FILED            .00             .00
HOMECOMINGS FINANCIAL      CURRENT MORTG          .00            .00             .00
HOMECOMINGS FINANCIAL      UNSECURED        NOT FILED            .00             .00
LITTON LOAN SERVICING      CURRENT MORTG          .00            .00             .00
LITTON LOAN SERVICING      UNSECURED        NOT FILED            .00             .00
PIERCE & ASSOC             NOTICE ONLY      NOT FILED            .00             .00
STATE FARM BANK            SECURED VEHIC    20593.00         1714.42         3149.51
STATE FARM BANK            UNSECURED             .26            .00             .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG          .00            .00             .00
WILSHIRE CREDIT CORPORAT   UNSECURED        NOT FILED            .00             .00
AMERICAN DEBT COLLECTION   UNSECURED        NOT FILED            .00             .00
AMERICAN EXPRESS CENTURI   UNSECURED         1052.76            .00             .00
NATIONWIDE CREDIT INC      NOTICE ONLY      NOT FILED            .00             .00
BANK OF AMERICA            UNSECURED        NOT FILED            .00             .00
CAPITAL ONE                UNSECURED        NOT FILED            .00             .00
CHASE BANK USA NA          UNSECURED          989.69            .00             .00
CHASE MANHATTAN MORTGAGE   UNSECURED          676.56            .00             .00
HOME DEPOT                 UNSECURED        NOT FILED            .00             .00
ACADEMY COLLECTION SERVI   NOTICE ONLY      NOT FILED            .00             .00
MARSHALL FIELDS MACY       UNSECURED        NOT FILED            .00             .00
CAPITAL FINANCIAL CREDIT   UNSECURED        NOT FILED            .00             .00
SALLIE MAE SERVICING COR   UNSECURED         5183.83            .00             .00
WELLS FARGO FINANCIAL BA   FILED LATE            .00            .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         1567.52            .00             .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE     1509.65            .00         1509.65
HOMECOMING FINANCIAL       NOTICE ONLY      NOT FILED            .00             .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE     7272.00            .00         1128.02
LITTON LOAN SERVICING      SECURED NOT I         .00            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          240.83            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 06746 PATRICIA E PERKINS
```

```
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   28471.00              .00        4416.41
ISAC                      UNSECURED       46671.30              .00             .00
BANK OF NEW YORK          NOTICE ONLY    NOT FILED              .00             .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY    NOT FILED              .00             .00
LITTON LOAN SERVICING     NOTICE ONLY    NOT FILED              .00             .00
LITTON LOAN SERVICING     SECURED NOT I   2677.46               .00             .00
CHASE BANK USA NA         UNSECURED       1926.91               .00             .00
FISCHEL & KAHN LTD        SECURED NOT I   3004.18               .00             .00
MARLIN E KIRBY            DEBTOR ATTY     2,840.00                         2,840.00
TOM VAUGHN                TRUSTEE                                         1,091.99
DEBTOR REFUND             REFUND                                          1,500.00
```

        Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  17,350.00

PRIORITY                                              .00
SECURED                                         10,203.59
    INTEREST                                     1,714.42
UNSECURED                                             .00
ADMINISTRATIVE                                   2,840.00
TRUSTEE COMPENSATION                             1,091.99
DEBTOR REFUND                                    1,500.00
                         ---------------       ---------------
TOTALS                   17,350.00              17,350.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
     Dated: 07/18/08           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 07 B 06746 PATRICIA E PERKINS